LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PETER LUCIER,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 18 – 01479 KES<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED NINETY-FIVE DOLLARS AND 012/100 ($3,395.12) subject to the terms of the stipulation.

DATE: April 08, 2019   *Karen E. Scott*

                          HON. KAREN E. SCOTT,
                          UNITED STATES MAGISTRATE JUDGE